THE BANK OF NEW JERSEY, TRUSTEE FOR THE GARDEN STATE RACING ASSOCIATION LIQUIDATION TRUST v. EUGENE E. MORI, JR.

February 23, 1983.

Petition for certification denied.

MADELINE VANCE, AS GENERAL ADMINISTRATRIX AND ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF JUDY MARIE VANCE, DECEASED v. RAY A. GIFOLI AND ALLSTATE INSURANCE COMPANY.

February 25, 1983.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 91 *N.J.* 227)